**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-238-T**

**BRENDA J. DI PIETRO,**
**Administratrix of the**
**Estate of Daniel E. DiPietro,**
**Plaintiff**

**VS.**

**DEAN A. PESANTE,**
**Defendant**

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, Dean A. Pesante, in the above-entitled action.

By his attorney,

**CLINTON & MUZYKA, P.C.**

**Robert E. Collins**
**RI Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: July 7, 2005

FILED