**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-238-T**

**BRENDA J. DI PIETRO,**
**Administratrix of the**
**Estate of Daniel E. DiPietro,**
**Plaintiff**

**VS.**

**DEAN A. PESANTE,**
**Defendant**

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Now comes the defendant in the above entitled action, by his counsel, and respectfully files an Answer to Plaintiff's Complaint as follows:

1. The allegations contained in paragraph 1 are statements of law to which no answer is required of this defendant. To the extent an answer is required, the defendant denies same.

2. The defendant admits the allegations contained in Paragraph 2.

3. The defendant admits the allegations contained in Paragraph 3.

4. The allegations contained in paragraph 4 are statements of law to which no answer is required of this defendant. To the extent an answer is required, the defendant denies same.

5. The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 and therefore denies same.

6. The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and therefore denies same.

7. The defendant admits the allegations contained in Paragraph 7.

8. The defendant admits the allegations contained in Paragraph 8.

9. The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 and therefore denies same.

10. The defendant admits the allegations contained in Paragraph 10.

11. The defendant denies the allegations contained in Paragraph 11.

12. The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 and therefore denies same.

13. The defendant denies the allegations contained in Paragraph 13.

14. The defendant denies the allegations contained in Paragraph 14.

15. The defendant denies the allegations contained in Paragraph 15.

**COUNT I**

**First Cause of Action**
***Admiralty/Maritime Claim***

16. The defendant realleges and reaffirms its responses to paragraphs 1 through 15 inclusive, as though fully set forth herein.

17. The defendant denies the allegations contained in Paragraph 17.

18. The defendant denies the allegations contained in Paragraph 18.

19. The defendant denies the allegations contained in Paragraph 19, including subparts (a) through (i) inclusive.

20. The defendant denies the allegations contained in Paragraph 20.

**WHEREFORE**, the defendant prays this Honorable Court dismiss Count I of Plaintiff's Complaint together with costs and reasonable attorneys fees.

## COUNT II

**Second Cause of Action**
***Wrongful Death Pursuant to R.I. General Laws §§ 10-7-1 et seq.***

21. The defendant realleges and reaffirms its responses to paragraphs 1 through 20, inclusive, as though fully set forth herein.

22. The defendant denies the allegations contained in Paragraph 22.

23. The defendant denies the allegations contained in Paragraph 23.

24. The defendant denies the allegations contained in Paragraph 24.

25. The defendant denies the allegations contained in Paragraph 25.

26. The allegations contained in paragraph 26 are statements of law to which no answer is required of this defendant. To the extent an answer is required, the defendant denies same.

**WHEREFORE**, the defendant prays this Honorable Court dismiss Count II of Plaintiff's Complaint together with costs and reasonable attorneys fees.

**COUNT III**

**Third Cause of Action**
***Liability Under R.I. General Laws §§ 46-22-15***

27. The defendant realleges and reaffirms its responses to paragraphs 1 through 26, inclusive, as though fully set forth herein.

28. The defendant denies the allegations contained in Paragraph 28.

29. The defendant denies the allegations contained in Paragraph 29.

30. The defendant denies the allegations contained in Paragraph 30.

31. The defendant denies the allegations contained in Paragraph 31.

**WHEREFORE**, the defendant prays this Honorable Court dismiss Count III of Plaintiff's Complaint together with costs and reasonable attorneys fees.

**COUNT IV**

**Fourth Cause of Action**
***Common Law Negligence***

32. The defendant realleges and reaffirms its responses to paragraphs 1 through 31, inclusive, as though fully set forth herein.

33. The defendant denies the allegations contained in Paragraph 33.

34. The defendant denies the allegations contained in Paragraph 34.

35. The defendant denies the allegations contained in Paragraph 35.

36. The defendant denies the allegations contained in Paragraph 36.

**WHEREFORE,** the defendant prays this Honorable Court dismiss Count IV of Plaintiff's Complaint together with costs and reasonable attorneys fees.

**AFFIRMATIVE DEFENSES**

Now comes the defendant and incorporates the following Affirmative Defenses into each Count of its Answer as more fully appears below.

**AND FURTHER ANSWERING, AND AS A COMPLETE AN SEPARATE DEFENSE,** the defendant says that the plaintiff has failed to state a cause of action upon which relief can be granted under Counts **I, II, III** and **IV.**

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant says that if the plaintiff's decedent died as alleged, which is specifically denied, it was due to the action and/or omissions of individuals for whom the defendant is not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant says that if the plaintiff's decedent died as alleged, which is specifically denied,

those injuries were the result of an Act of God for which the defendant is not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant says that if the plaintiff was damaged as alleged, which is specifically denied, it was due in whole or in part to the plaintiff's decedent's own negligence and failure to exercise the degree of care, skill, and knowledge in the performance of his work reasonably to be required of a fisherman of the plaintiff's decedent's experience and not due to any negligence or fault on the part of the defendant nor any person or persons for whom the defendant may be legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant says that if the plaintiff's decedent died as alleged, which is specifically denied, such injury was without the fault, knowledge, or privity of the defendant; that the damages claimed herein exceed the value of the vessel, including her pending freight; and the defendant herewith claims benefit of any and all laws and statutes of the United States of America, including but not limited to, Limitation of Liability of the defendant, 46 USCA, Appx. § 183 (b).

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant asserts that this matter is governed by General Maritime Law, for which a right to a jury trial

is not present.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that any injury to the plaintiff resulted from assumption of risk, which the plaintiff assumed.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that the plaintiff's complaint fails to set forth a cause of action upon which relief can be granted and/or seeks damage for which recovery is not allowed under State or General Maritime Law.

**WHEREFORE,** the defendant prays that the above **Complaint** be dismissed together with costs and reasonable attorney's fees.

By his attorney,

**CLINTON & MUZYKA, P.C.**

**Robert E. Collins**
**RI Bar No. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on 7-7-05

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 JUL 11 P 12: 23

FILED