Activity # 1996239

UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY

# UNITED STATES COAST GUARD

| | | |
|---|---|---|
| Charged Party<br>PESANTE, DEAN | Enforcement Activity #<br>1996239 | Originating Unit<br>MSO Providence |
| **Enforcement Summary** | Violation Location<br>BLOCK ISLAND SOUND | |
| | Violation Date<br>25 Sep 2002 | |

**Summary of Current Violation(s)**

| Law/Reg | Description | Recommended Penalty |
|---|---|---|
| 33 USC § 1602 (RULE 7) | Failure to use all available means to determine if risk of collision exists. | $6500 |
| 33 USC § 1602 (RULE 5) | Failure to maintain proper look-out by sight/hearing as well as by all available means appropriate in the prevailing circumstances and conditions. | $6500 |
| 33 USC § 1602 (RULE 6) | Failure to proceed at a safe speed for prevailing conditions. | $6500 |

**Narrative Overview of the Activity**

SITUATION:
On September 25, 2002 Mr. [redacted] (owner/operator) and Mr. Michael DiPietro (crew) were underway and engaged in scup fishing in a 21-foot center console Boston Whaler (RI 9374 H) which was at all stop with the outboard engine off. The vessel was in the vicinity of the east entrance to Point Judith (RI) Harbor of Refuge. Coast Guard assets on scene reported winds northeast at 15 knots, seas 1 ft, and visibility 10 nm. International Rules of Road were in effect. At the same time three other fishing vessels were transiting the area in a westerly direction bound toward the east entrance to Pt. Judith. F/V MABEL SUSAN (ON: 248267) was heading in to port, followed by F/V OCEANA (ON: 1062747) and F/V ELIZABETH VICTORIA. At approximately 1230, F/V OCEANA collided with the Boston Whaler, hitting it just aft of amidships on the starboard side, causing it to capsize with both crewmen still on board. Mr. [redacted] was recovered on scene and required hospitalization for injuries sustained in the accident. Mr. DiPietro was not recovered on scene and remained missing until 09/28/02 when his body was discovered washed ashore at Narragansett, RI. According to the Rhode Island state medical examiner the cause of death was asphyxia due to salt water (drowning).

FINDINGS:
On board MABEL SUSAN were Mr. [redacted] (Captain) and Mr. [redacted] (Mate). Captain [redacted] recalled that while he was returning to port at a speed of 7 or 8 knots they had passed the OCEANA working fishing gear about ¾ of a mile from Pt. Judith Light on a bearing of 060 degrees (T). As MABEL SUSAN approached the entrance to Point Judith, Captain [redacted] saw the Boston Whaler from about a ½ mile away. It appeared to be drifting and fishing, and he recalled seeing one person wearing orange oilers and a gray sweatshirt standing at the center console. Captain [redacted] said that the weather was beautiful, visibility was very good with no glare, and there was a three to four foot ground swell. As MABEL SUSAN passed the Boston Whaler leaving it to port, Captain [redacted] observed OCEANA underway and approaching and crossing his stern from starboard to port at an estimated speed of 14 -15 knots. When the Boston Whaler was astern of his position, Captain [redacted] heard the sound of a collision. [redacted] witnessed the OCEANA collide with the Boston Whaler, hitting it aft of amidships on the starboard side. Neither the captain nor mate recalled hearing any sound signal or yelling prior to the collision. OCEANA rode up on the smaller vessel and then appeared to back off. MABEL SUSAN turned around and went to render assistance.

On board OCEANA were Mr. Dean Pesante (Captain) and Mr. [redacted] (Mate). The mate said they had fished that morning for 3 ½ to 4 hours offshore east of Pt. Judith and were headed back to port around noon. He said he was washing down the boat and gear, icing the fish and getting them ready to offload. He estimated they were doing 7 - 8 knots as they returned to Point Judith. Weather was "snotty" with choppy seas at 2 - 3 feet with no white caps, visibility was a couple of miles, and winds were 8 or 9 knots. Electronics and navigation equipment on board include GPS, Loran-C, VHF radio, radar, and a compass. The mate didn't observe the equipment that day but believes they were operating. The mate said he was on deck and the captain was in the pilothouse. They were in the vicinity of Buoy 2 near the east entrance into Pt. Judith with MABEL SUSAN several hundred yards ahead of them when he felt the vessel shudder. At first he thought they had run over lobster gear, then Captain Pesante yelled out of the pilothouse, "What was it?" (or words to that effect). The mate ran forward and saw the Boston Whaler with two men on board about fifteen feet off their

bow, half submerged and down by the starboard side. The two men were prone, with a man in orange oilers up forward and a man in green oilers aft. There was a debris field around the boat including buckets, scup, and a cooler. He did not recall seeing any damage to the Boston Whaler and did not see any lifesaving gear, life ring, or day shape present. Within 30 seconds of the collision, the Boston Whaler capsized with the two men on board. Prior to the collision, the mate did not recall hearing any sound signals, yells, or radio transmissions and didn't see any flares.

On board ELIZABETH VICTORIA were Mr. [redacted] (Captain) and Mr. [redacted] (Mate). The captain reported that he was on a southwest course headed toward the east entrance into Pt. Judith. To starboard about 1 nm away was the OCEANA on a parallel course. Ahead of OCEANA was the Boston Whaler, which was "all over the place" and appeared to move back ant forth across OCEANA's intended course. OCEANA appeared to head directly toward the small boat and did not alter course. The next time he looked in that direction he saw OCEANA in the proximity of the small boat, the bow of the small boat was pointed skyward, and there was one person "in the air". ELIZABETH VICTORIA altered course to assist and the captain notified CG STA PT JUDITH of the collision.

On board the Boston Whaler, according to Mr. [redacted], the men had just finished working a trap and he saw a boat off in the distance, about a half a mile northeast of Pt. Judith Light. He didn't give it much thought and the men stopped working to take a coffee break and the next thing he knew the gill-netter (OCEANA) was on top of them. He said he tried to start the engine but it wouldn't fire and he remembered putting up his arm to fend off the approaching boat. The next thing he remembered was being prone, face down in the water under the boat.

Immediately following the collision and capsizing, [redacted] (Mate on OCEANA) dove overboard to look for survivors who were now trapped under the Boston Whaler. He saw the foot of one of the men and dove under the boat into an air pocket pulling out the man wearing orange oilers ([redacted]). They surfaced and he pulled the man around to the stern of the capsized boat where he held onto the boat with one hand and Mr. [redacted] with the other. Mr. [redacted] said that "Danny" (Mr. DiPietro) was under the boat. The mate held on to Mr. [redacted] until ELIZABETH VICTORIA arrived on scene and the mate from that vessel, [redacted], dove in and helped with Mr. [redacted]. Captain Pesante (OCEANA) threw a pair of swim goggles to Mr. [redacted] and he dove under the boat again to look for Mr. DiPietro without success. In the meantime, MABEL SUSAN had arrived on scene and tied off to the Boston Whaler, providing a lee for the men in the water. Mr. [redacted] was taken on board ELIZABETH VICTORIA where he stated he tried to move out of the way of the OCEANA but couldn't and that it was the motor's fault.

The subsequent search by the USCG for Mr. DiPietro yielded negative results. On 28 September 02, a body identified as Mr. Daniel E. DiPietro was found washed ashore at Narragansett, RI. The Rhode Island Medical Examiner determined that the cause of death was asphyxia due to salt water (drowning). Mr. [redacted] was admitted to South County Hospital where he remained for over two weeks with broken ribs and internal injuries.

Captain Pesante declined to be interviewed by the Coast Guard under the advice of legal counsel. However on the day of the accident he made a spontaneous declaration to Officer [redacted], RI DEM, that he never saw the other boat. Captain Pesante passed a Breathalyzer test and drug test following the casualty. The mate, Mr. [redacted], passed a drug test following the casualty.

On 28 Sep 02, Officer [redacted], Rhode Island DEM, conducted an accident reconstruction on the Boston Whaler located at USCG STA Pt Judith Boathouse. Based upon his observations of damage to the vessel, he concluded that OCEANA was traveling at 14-15 knots at the time of the collision. This conflicts with estimated speed of 7 or 8 knots that was recalled by [redacted] the mate on OCEANA.

CONCLUSIONS:
On 25 Sep 02, F/V OCEANA collided with the Boston Whaler (RI 9374 H), hitting it just aft of amidships on the starboard side, causing it to capsize with both crewmen still on board. Mr. [redacted] was recovered on scene and required hospitalization for injuries sustained in the accident. Mr. DiPietro was not recovered on scene and remained missing until 09/28/02 when his body was discovered washed ashore at Narragansett, RI. According to the Rhode Island state medical examiner the cause of death was asphyxia due to salt water (drowning).

The proximate cause of the collision was the failure of the operator on OCEANA to maintain a proper lookout in accordance with International Rules of the Road, Rule 5. The operator on OCEANA failed to use all available means (radar) to determine risk of collision in accordance with International Rules of the Road, Rule 7. In addition, as reported by the master on board MABEL SUSAN and indicated by the accident reconstruction, OCEANA was apparently making 14 - 15 knots at the time of the collision as it approached the entrance to Pt. Judith Harbor. This is an area where it was reasonable to expect other vessel traffic and vessels engaged in fishing, and OCEANA would have been obligated to proceed at a safe speed in accordance with International Rules of the Road, Rule 6. Contributing to the casualty was the

Activity # 1996239

failure of the operator on the Boston Whaler (RI 9374 H), to sound the danger signal as required by International Rules of the Road, Rule 34(d).

//s//
[redacted], CWO4, USCG

| Charged Party's Particulars | | | |
|---|---|---|---|
| **Name**<br>**PESANTE, DEAN** | | Capacity in which Charged<br>operator | IPN/COFR #<br>IP98001650 |
| Street<br>[redacted] | | | |
| City<br>[redacted] | State<br>[redacted] | Zip<br>[redacted] | Country |
| Phone (Phone Number)<br>[redacted] | | Fax | |

| Involved Subjects | | |
|---|---|---|
| Vessel Name<br>ELIZABETH VICTORIA | Primary VIN<br>RI0751N | Role<br>Transiting Vicinity of Primary Subject |
| Vessel Name<br>MABEL SUSAN | Primary VIN<br>248267 | Role<br>Transiting Vicinity of Primary Subject |
| Vessel Name<br>RI 9374 H | Primary VIN<br>RI 9374 H | Role<br>Involved in a Marine Casualty |
| Vessel Name<br>OCEANA | Primary VIN<br>1062747 | Role<br>Involved in a Marine Casualty |
| Waterway Name<br>BLOCK ISLAND SOUND | Local Name<br>Point Judith Pond | Description<br>HBR OF REFUGE, BLOCK ISL SOUND |

| Other Involved Parties (besides Charged Party) | |
|---|---|
| **Name**<br>[redacted] | |
| Role<br>Subject of Investigation | ID<br>N/A |
| **Name**<br>[redacted] | |
| Role<br>Other Agency Investigator | ID<br>N/A |
| **Name**<br>[redacted] | |
| Role<br>Eye-Witness | Drivers License<br>7256383 |
| **Name**<br>[redacted] | |
| Role<br>Other Agency Investigator | ID<br>N/A |
| **Name**<br>[redacted] | |
| Role<br>Other Agency Investigator | ID<br>N/A |
| **Name**<br>[redacted] | |