UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 0 5 2005
CLINTON & MUZYKA, P.C.

BRENDA J. DIPIETRO, Admin. :
VS. : C.A. No. 05-238-T
DEAN A. PESANTE :

RECEIVED
AUG 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STIPULATION FOR ENLARGEMENT OF TIME

*In the above-entitled cause, it is hereby agreed by and between the parties that:*

Plaintiff BRENDA J. DIPIETRO, Admin. is granted an enlargement of time of thirty (30) days, up to and including September 6, 2005, in which to plead or otherwise respond to the Interrogatories and Request for Production propounded by Defendant Dean A. Pesante.

Plaintiff Brenda J. DiPietro, Admin.
By her attorneys

Stephen E. Breggia #2865
BREGGIA BOWEN & GRANDE
395 Smith Street
Providence, RI 02908

Defendant Dean A. Pesante,
By his attorneys

Robert E. Collins, #
CLINTON & MUZYKA, P.C.
One Washington Mall, Suite 1400
Boston, MA 02108

Dated: August 8th, 2005

ENTER.

____________________ J

__________________ 2005

PER ORDER:

____________________
CLERK