**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-238-T**

**BRENDA J. DIPIETRO,**
**Administratrix of the**
**Estate of Daniel E. DiPietro,**
**Plaintiff**

**VS.**

**DEAN A. PESANTE,**
**Defendant**

**DEFENDANT, DEAN A. PESANTE'S, MOTION TO STRIKE JURY TRIAL CLAIM**

Now comes the defendant, Dean A. Pesante, in the above entitled action, by and through his attorneys, Clinton & Muzyka, P.C., files its Motion to Strike Jury Trial Claim as follows:

As a basis therefore, the defendant states that this matter involves an admiralty claim for personal injuries resulting from a collision between vessels owned by the defendant/third party plaintiff, Dean A. Pesante, and third party defendant, Andrew Acabbo. Plaintiff's Complaint specifically noted that this matter is an admiralty/maritime action pursuant to 33 U.S.C. §1333. Plaintiff has specifically designated his claim as admiralty/maritime, which does not provide a jury trial and there is no alternate basis.

The defendant/third party plaintiff relies upon the

attached Memorandum of Law and incorporates same herein.

**WHEREFORE**, the defendant/third party plaintiff, Dean A. Pesante, prays this Honorable Court strike the plaintiff's claim of jury trial.

Respectfully Submitted,

By his attorneys,

**CLINTON & MUZYKA, P.C.**

Robert E. Collins

**Robert E. Collins**
**BBO NO. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on 8-12-05

Robert E. Collins

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION**
**NO. 05-238-T**

**BRENDA J. DIPIETRO,**
**Administratrix of the**
**Estate of Daniel E. DiPietro,**
**Plaintiff**

**VS.**

**DEAN A. PESANTE,**
**Defendant**

**DEFENDANT, DEAN A. PESANTE'S, MEMORANDUM OF LAW**
**IN SUPPORT OF HIS MOTION TO STRIKE JURY TRIAL CLAIM**

Now comes the defendant, Dean A. Pesante, in the above entitled action, by and through his attorneys, Clinton & Muzyka, P.C., files his Memorandum in Support of his Motion to Strike Jury Trial Claim as follows:

I. **FACTS**

This matter involves a claim for wrongful death brought by the estate of a passenger on the vessel owned and operated by the third party defendant, Andrew Acabbo. On September 25, 2002, the vessels were involved in a collision in navigable waters just outside the entrance to Poit Judith Harbor in Point Judith, Rhode Island. Plaintiff's Complaint alleges a cause of action under admiralty/General Maritime Law pursuant to 28 U.S.C. §1338.

II. **ARGUMENT**

A characteristic feature of General Maritime Law is

that there is no right to a jury trial in an action brought in admiralty. *Concordia Co., Inc. v.* Panek, 115 F.3rd 67 (1st Cir. 1997).

In addition, there is no alternate basis for a jury trial, to wit: diversity. Plaintiffs are residents of the State of Rhode Island. Both defendant/third party plaintiff, Dean Pesante, and third party defendant, Andrew Acabbo, are residents of Rhode Island. Accordingly, there is no complete diversity between the parties. *Strawbridge v. Curtiss*, 7 U.S. 267 (1806).

**WHEREFORE**, the defendant/third party plaintiff, Dean A. Pesante, prays this Honorable Court strike the plaintiff's jury trial claim.

Respectfully Submitted,

By his attorneys,

**CLINTON & MUZYKA, P.C.**

Robert E. Collins

Robert E. Collins
**BBO NO. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on 8-12-05.

Robert E. Collins