UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO. 05-238-T

BRENDA J. DI PIETRO,
Administratrix of the Estate of Daniel E. DiPietro
Plaintiff

vs.

DEAN A. PESANTE
Defendant Third Party Plaintiff

vs.

ANDREW ACABBO
Third Party Defendant

**THIRD PARTY DEFENDANT, ANDREW ACABBO'S, ANSWER TO THIRD PARTY PLAINTIFF'S COMPLAINT**

1. Third party defendant lacks knowledge or information sufficient to form a belief or to the truth of the allegations of paragraph 1.

2. Third party defendant admits the allegations in paragraph 2.

3. Third party defendant admits the allegations in paragraph 3.

4. Third party defendant admits the allegations in paragraph 4.

5. Third party defendant denies the allegations in paragraph 5.

6. Third party defendant admits the allegations in paragraph 6.

7. Third party defendant admits the allegations in paragraph 7.

8. Third party defendant denies the allegations in paragraph 8.

9. Third party defendant repeats responses to paragraphs 1-8 herein.

10. Third party defendant lacks knowledge or information sufficient to form a belief or to the truth of the allegations of paragraph 10.

11. Third party defendant admits the allegations in paragraph 11.

12. Third party defendant admits the allegations in paragraph 12.

13. Third party defendant denies the allegations in paragraph 13.

WHEREFORE, third party defendant prays that this Honorable Court dismiss Count I together with costs and reasonable attorney fees.

14. Third party defendant repeats responses to paragraphs 1-13 herein.

15. Third party defendant admits the allegations in paragraph 15.

16. Third party defendant lacks knowledge or information sufficient to form a belief or to the truth of the allegations of paragraph 16.

17. Third party defendant denies the allegations in paragraph 17.

18. Third party defendant denies the allegations in paragraph 18.

WHEREFORE, third party defendant prays that this Honorable Court dismiss Count II together with costs and reasonable attorney fees.

**AFFIRMATIVE DEFENSES**

Now comes the defendant and incorporates the following Affirmative Defenses into each Count of its Answer as more fully appears below.

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third party defendant says that the third party plaintiff has failed to state a cause of action upon which relief can be granted.

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the third party defendant says that if the plaintiff's decedent died as alleged, it was due to the actions and/or omissions of the defendant/third party plaintiff.

Andrew Acabbo,
Third Party Defendant,
By his attorneys,

Joseph R. Daigle, Esq., #5429
Local Counsel
Gelfuso & Lachut
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300
(401) 946-0970 (fax)

Thomas J. Hunt (JRD)
Thomas J. Hunt, Esq.
Thomas J. Hunt & Associates
18 North water Street
New Bedford, MA 02740
(508) 994-7300
(508) 984-0755 (fax)

Certification

I hereby certify that a copy of this document was served on all counsel of record by August 17, 2005 by First Class mail.

Joseph R. Daigle