UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CIVIL ACTION
NO. 05-238-T

BRENDA J. DIPIETRO,
Administratrix of the
Estate of Daniel E. DiPietro,
Plaintiff

FILED
AUG 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

VS.

DEAN A. PESANTE,
Defendant

**DEFENDANT, DEAN A. PESANTE'S, MOTION TO STRIKE JURY TRIAL CLAIM**

Now comes the defendant, Dean A. Pesante, in the above entitled action, by and through his attorneys, Clinton & Muzyka, P.C., files its Motion to Strike Jury Trial Claim as follows:

As a basis therefore, the defendant states that this matter involves an admiralty claim for personal injuries resulting from a collision between vessels owned by the defendant/third party plaintiff, Dean A. Pesante, and third party defendant, Andrew Acabbo. Plaintiff's Complaint specifically noted that this matter is an admiralty/maritime action pursuant to 33 U.S.C. §1333. Plaintiff has specifically designated his claim as admiralty/maritime, which does not provide a jury trial and there is no alternate basis.

The defendant/third party plaintiff relies upon the

attached Memorandum of Law and incorporates same herein.

**WHEREFORE**, the defendant/third party plaintiff, Dean A. Pesante, prays this Honorable Court strike the plaintiff's claim of jury trial.

Respectfully Submitted,

By his attorneys,

**CLINTON & MUZYKA, P.C.**

GRANTED in the absence of objection.

Ernest C. Torres

Ernest C. Torres, Chief Judge
11/16/05

Robert E. Collins

Robert E. Collins
**BBO NO. 2951**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on 8-12-05

Robert E. Collins