**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

BRENDA DIPIETRO

Plaintiff

v. C.A. No. 05-238T

DEAN PESANTE

Defendant

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSE**

For reasons stated in open court on November 18, 2005, Plaintiff's Motion to Strike Affirmative Defense is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 11/21/05