UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BRENDA J. DIPIETRO, Admin. :

VS. :

DEAN A. PESANTE : C.A. No. 05-238-T

VS. :

ANDREW ACABBO :

**JUDGMENT**

*In the above-entitled cause, in accordance with F.R.C.P. 54(a) judgment shall enter as follows:*

a. in favor of Plaintiff BRENDA J. DIPIETRO, Administratrix of the Estate of Daniel E. DiPietro against Defendant DEAN A. PESANTE, for compensatory damages in the amount of Five Hundred Thousand ($500,000.00) Dollars plus statutory interest and costs;

b. in favor of Third Party Defendant ANDREW ACABBO against Defendant/Third Party Plaintiff DEAN A. PESANTE on the third party complaint.

Plaintiff Brenda J. DiPietro, Administrator
By her attorneys

March 16th, 2006

Stephen E. Breggia #2865
BREGGIA BOWEN & GRANDE
395 Smith Street, Providence, RI 02908
Telephone: (401) 831-1900
Facsimile: (401) 831-0129

Dean A. Pesante,
By his Attorneys

[signature]
Robert Collins #2951
CLINTON & MUZYKA
1 Washington Mall, Boston, MA 02108
Telephone: (617) 723-9165
Facsimile: (617) 720-3489

March 16, 2006

Andrew Acabbo,
By his Attorneys

[signature]
Thomas J. Hunt
THOMAS J. HUNT & ASSOCIATES
18 North Water Street, New Bedford, MA 02740
Telephone: (508) 994-7300
Facsimile: (508) 984-0755

March 20, 2006

[signature]
~~Alan Gelfuso, #0421~~ Joseph Daigle #5489
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue, Cranston, RI 02920
Telephone: (401) 942-4300
Facsimile: (401) 946-0970

March 24, 2006

ENTER.

Ernest C Torres J

4/24 2006

PER ORDER:

[signature]
CLERK